1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROLAND M. ATTENBOROUGH,<br><br>        Plaintiff,<br><br>    vs.<br><br>BERLIN CITY'S CAR CENTER, INC., a New Hampshire corporation, DANIEL S. DAGESSE, an individual, RED AND GOLD LEAF LIMITED PARTNERSHIP, a New Hampshire corporation, and DOES 1-15, inclusive,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 05-04596 MMM (MANx)<br><br><br><br><br><br>JUDGMENT |
|---|---|---|
| REISH, LUFTMAN, MCDANIEL & REICHER, P.C.,<br><br>        Plaintiff,<br><br>    vs.<br><br>BERLIN CITY'S CAR CENTER, INC., a New Hampshire corporation, DANIEL S. DAGESSE, an individual, RED AND GOLD LEAF LIMITED PARTNERSHIP, a New Hampshire corporation, and DOES 1-15, inclusive,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

The counterclaim/petition to compel arbitration of Berlin City's Car Center, Inc., Daniel S. Dagesse, and Red and Gold Leaf Limited Partnership came on for hearing on June 6, 2006. The court took the motion of Berlin City's Car Center, Inc., Daniel S. Dagesse, and Red and Gold Leaf Limited Partnership ("defendants/counterclaimants") for summary judgment on the complaints of Ronald M. Attenborough and Reish, Luftman, McDaniel & Reicher, P.C. ("plaintiffs") under submission on June 12, 2007.  Having considered the evidence presented by the parties, and having reviewed the briefs and heard the argument of counsel, the court entered an order on June 19, 2007, granting defendants' motion for summary judgment on plaintiffs' claims.  Also on June 19, 2007, it entered an order denying defendants/counterclaimants' petition to compel arbitration.  Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs cannot be compelled to join the arbitration proceeding captioned *Berlin City's Car Center, Inc., Daniel S. Dagesse, et al. v. Marshall & Stevens ESOP Capital Strategies, Inc., et al.*, AAA Case No. 72 181 01235 03 TMS ("the MSCES Arbitration");

2. That plaintiffs take nothing by way of their complaint against defendants Berlin City's Car Center, Inc., Daniel S. Dagesse, and Red and Gold Leaf Limited Partnership;

3. That plaintiffs raise any objections to consolidation of the arbitration proceeding captioned *Berlin City's Car Center, Inc., Daniel S. Dagesse, and Red and Gold Leaf Limited Partnership v. Reish, Luftman, Reicher & Cohen, P.C. and Roland M. Attenborough, Esq.*, American Arbitration Association ("AAA") Case No. 72 181 01236 03 TMS and the MSCES Arbitration in the arbitral forum; and

4. That the action be, and it hereby is, dismissed.

DATED: December 30, 2007

                                                MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE